```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 23442
   CLARENCE J CLAVELLE
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-3704

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 06/13/2005 and was confirmed 08/01/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 01/08/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
CHASE HOME FINANCE LLC   CURRENT MORTG         .00            .00             .00
CITY OF CHICAGO          UNSECURED       NOT FILED            .00             .00
PEOPLES GAS LIGHT & COKE UNSECURED         1440.60            .00         1440.60
CHASE HOME FINANCE LLC   MORTGAGE ARRE     3385.43            .00         3385.43
ZALUTSKY & PINSKI LTD    REIMBURSEMENT      194.00            .00          194.00
ZALUTSKY & PINSKI LTD    DEBTOR ATTY      2,700.00                       2,700.00
TOM VAUGHN               TRUSTEE                                           424.97
DEBTOR REFUND            REFUND                                                .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 8,145.00

PRIORITY                                         194.00
SECURED                                        3,385.43
UNSECURED                                      1,440.60
ADMINISTRATIVE                                 2,700.00
TRUSTEE COMPENSATION                             424.97
DEBTOR REFUND                                        .00
                        --------------        --------------
TOTALS                  8,145.00               8,145.00
```

          PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 23442 CLARENCE J CLAVELLE

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/24/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 23442 CLARENCE J CLAVELLE